IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BLUEFIELD DIVISION

**FILED**

FEB 25 2015

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

MARVIN X. DAMON,
       Plaintiff,

     -v-

UNITED STATES OF AMERICA,
       Respondent.

)
)
)
)
)
)
)
)
)

Civil Action No. _1:15-2216_.
(To be assigned by court)

## COMPLAINT
## UNDER THE FEDERAL TORT CLAIM ACT, PURSUANT TO
## TITLE 28 U.S.C §1346(b)(1).

### I.    Parties

    A.   Name of Plaintiff:   Marvin X. Damon

        Inmate No.:   33793-083

        Address:   FCI-Hazelton

                P.O. BOX 5000

                Bruceton Mills, Wv 26525

    B.   Name of Defendant:   United States of America

        Place of Employment: Bureau of Prisons

                320 First Street, NW Room 977 HOLC

                Washington, DC 20534

---

*"Pro se pleadings must be liberal construed as those formally drafted by lawyers". Haines v. Kerner, 404 U.S. 519-20(1972); see also, Erickson v. Pardus, 551 U.S. 1081(2007)("As a self-represented litigant, plaintiff is entitle to liberal construction of his complaint".)

**(NOTE: See "Attachments" A-thru-G hereto)**

II.  **Place of Present Confinement.**

Name of Prison/Institution: FCI-Hazelton,Bruceton Mills Wv.

A.  Is this where the events concerning your complaint took place?

Yes_____                NO___X___

If you answered "no," where did the event occur? <u>FCI-McDowell, Welch West Va;</u>
<u>/inside the Food Service Department (i.e., Inmates Dining Hall.)</u>

## EXHAUSTION OF CLAIM(S)

B.  Have you first presented your Administrative claim to the proper
federal agency before filing this lawsuit as require by 28 U.S.C. §2401(b) and
28 U.S.C. §2675(a).

Yes___X___                NO_____

C. Did you presents the facts relating to your Administrative Claim/Complaint
to the proper federal agency? (<u>See</u>, the undersigned's 'Notice of Claim Under Feder-
al Tort Claim Act', dated/mailed July 22,2014--via Certified Mail Return Receipt,
attached hereto,  <u>Attachment</u> "A".)

Yes___X___                NO_____

If you answered "no," explain why not:_____

_____

If you answered "yes" what was the result of the federal agency? (Attach proof and
documentation of filing): I have attached a copy of the Certified Mail Receipt
PostMark 7/23/2014 ; and Return Receipt for Merchandise: <u># 7011 1570 0003 4354 1990</u>,
as to the return receipt for merchandise  that was returned to the undersigned, this
returned receipt was (undated and unsigned by the proper federal agency as being
received and/or delivered.) <u>Attachment</u> "B". **However,**  the undersigned then inquired
here at-FCI-Hazelton/Mailroom-open-house (R&D) as to the date the Merhandise ('Notice'),
was received and/or delivered by the federal agency in Washington D.C. (See the
undersigned's '<u>Inmate Request To Staff</u>' (i.e., e-mail) and in response, the mailroom

or (R&D) informed the undersigned that the letter ('Notice') was received in Washington D.C. on July 28,2014 @7:12am. (See Attachment "C". In addition,(R&D) also printing out for the undersigned a 'USP.COM TRACKING INFORMATION', showing the same exact date and time of July 28, 2014, @7:12am the undersigned's mail was received and/or delivered by the federal agency in Washington, D.C. 20534. (See Attachment "D".

Moreover, I have attached a copy of the federal agency acknowledgment receipt letter dated **August 26,2014,** from Matthew W. Mellady, Regional Counselor, acknow-ledging the receipt of the undersigned's Administrative claim for the sum of $1,500,000.00. (In Re: Administrative Claim Number: TRT-MXR-2014-05873.) See, Attachment "E".

On **September 11, 2014,** through via Certified Mail # 7007 2680 0001 7446 7346 the undersigned received and signed thereof, the federal agency **'Final denial'** notice of his claim in  letter dated **September 5, 2014,** for consideration  for administrative settlement under the Federal Tort Claim Act 28 U.S.C. §2671, et., seq., and the authority granted under 28 C.F.R. §0.172. The federal Bureau of Prisons federal agency 'based' their denial of the undersigned's claim for personal injury/ 'Negligent', on the ground's that their  investigation reveals that there is 'no policy requirement' that the food served in the dining hall be labeled; (See Attachment's "F" & "G".   ( I, the undersigned, hereby and Incorporated by Reference the attachments hereto.)

## III.  Previous Lawsuits

A.  Have  you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?

Yes___X_____          NO_____

B.  If your answer to A is "Yes", describe the lawsuit below:

(Cont'd)

'I filed a complaint alleging a violations of my Constitutional and civil rights pursuant to Bivens v. Six Unknown Federal Agents of Federal Bureau of Narcotics, 403 U.S. 619(1971), whereas, the defendants below,while  the undersigned was confined at FCI-McDowell, violated  the undersigned First Amendment rights and the  undersigned's rights under the Religious Land Use and Institutionalized Persons Act ["RLUIPA"]  by serving'kidney beans'in substitution for'navy beans' during the undersigned's Religious ceremonial meal,whereas, the consumption of kidney beans is "inconsistent with the undersigned's Religious dietary laws", and the defendants knew, or should have known,through its own policies that the substitution of the 'navy beans' with 'kidney beans' was inconsistent with   the undersigned's religious dietary laws".'

1.    Parties to the previous lawsuit:

    Plaintiff:   Marvin X. Damon

    Defendant(s): Bart Masters, Warden

       John Bowling, Food Service Administrator

       J. Tabor, Assistant Food Service Administrator

       John Boyd,Food Service Employee

2.    Courts( if federal court,name the district; if state court, name the county);  In the United States District Court for the Southern District of West Virginia, Bluefield Division.

3.   Docket Number: 1:14-cv-26833

4.   Name of judge to whom case was assigned: Judge, David A. Faber*

5.   Disposition (For example: Was the case dismissed?  Was it appealed? Is it still pending?) The case is still pending.

6.   Approximate date of filing lawsuit: October 14, 2014

7.   Approximate date of disposition: Lawsuit is still pending and is still in it's preliminary  stages.

* Case Referred to: Magistrate Judge R. Clarke VanDervort

IV.   Statement of claims

State here, as briefly as possible, the <u>facts</u> of your case.  Describe what each federal employee for the United States did to injury you or cause damage or in which  you hold the United  States liable, under the Federal Tort Claim Act.  Include also names of other persons involved, dates,  and places.  Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims,number and set forth each claim in a separate paragraph.  (Use as much space as you need. Attach ext-ra sheets of paper if necessary.)

*See Accumpanied "Memorandum of Law,In support of Complaint Under The Federal

Tort Claim Act,Pursuant To Title 28 U.S.C §1346(b)(1); and <u>also</u>*see Accompanied

"Appendix To Memorandum of Law In Support of Complaint Under  The Federal Tort

Act,Pursuant To Title  28 U.S.C §1346(b)(1): and(Incorporated by reference.)

V.   Relief

<u>States briefly and exactly what you want the Court to do for you.</u> Make  no legal arguments.  Cite no cases or statutes.

*Requesting this court to enter judgment: **a)** Granting Plaintiff's a declaration that the acts and omission described herein caused Plaintiff to violate his own religious right's  thereby causing such injury, under the Federal Tort Claim Act of the laws of the State of West Virginia; **b)** Granting Plaintiff compensatory damages in the amount of $1,500,000.00 against the United States; **c)** Plaintiff also seek's a jury trial on any issues triable by jury; **d)** Plaintiff also seek recovery of cost in this suit and any additional relief this court deems just,proper, and equitable.  Also see Plaintiff's "Memorandum of Law In Support of Complaint Under The Federal Tort Claim Act, Pursuant To Title 28 U.S.C. §1346(b)(1)", See Page    and the undersigned hereby and Incorp-orate by reference.

Respectfully submitted,

/s/ _Marvin X. Damon_
Signature of Plaintiff
Marvin  X. Damon
Pro Se.

## Verification of Complaint.

I, the undersigned, Verify and Certify under the penalties of perjury that the foregoing avertments and documents affixed to Plaintiff's 'COMPLAINT UNDER THE FEDERAL TORT CLAIM ACT,PURSUANT TO TITLE 28 U.S.C §1346(b)(1)", is true and corr-ect, pursuant to Title 28 U.S.C §1746; and 18 U.S.C 1621.*/ Executed: On this **23** day of _February_            ,2015.

/s/ _Marvin X. Damon_
Signature of Plaintiff
**Affiant** Marvin X. Damon

*/ See, <u>Williams v. Griffin</u>, 952 F.2d 820,823(4th Cir. 1991)("Verified complaint carries the same weight as an affidavit,if based on matters within affiant's knowledge".)

-5-

Re: 'Federal Tort Claim' Under Title 28 U.S.C. §1346(b)(1).


### ATTACHMENTS.


Attachment "A".   "Notice of Claim Under Federal Tort Claim Act",
             dated/mailed July 22,2014; (With Exhibt's 1-9).


Attachment "B".   "Certified Mail Receipt-PostMark July 23,2014;
             and Return Receipt for Merchandise".


Attachment "C".   "Inmate Request To Staff" (i.e., e-mail).


Attachment "D".   "USP.COM TRACKING INFORMATION".


Attachment "E".   "Acknowledgment Receipt Letter"--of claim dated,
             August 26, 2014 (In Re: Administrative Claim #
             TRT-MXR-2014-05873.)


Attachment's "F" & "G".   *"The federal agency 'final denial' notice
                     of claim, dated September 5, 2014; and
                     received September 11, 2014"


### VERIFICATION OF ATTACHMENTS.

  I, the undersigned Verify and Certify and declare under the penalties of
perjury, that the foregoing mentioned-attachments, is true and correct,Pursuant
to Title 28 U.S.C. §1746; and 18 U.S.C §1621.


Executed: On this 23, day of February      2015.


                                     /s/ Marvin X. Damon
                                     Marvin X. Damon
                                     Affiant.

NOTICE OF CLAIM UNDER FEDERAL TORT CLAIM ACT
TITLE 28 U.S.C. §2671,et. seq.

CERTIFIED MAIL-RETURN RECEIPT NO. ___7011 1570 0003 4354 1990___

TO: FEDERAL BUREAU OF PRISONS
    Ms. Joyce Zoldak, Associate General Counsel
    320 First Street, NW Room 977 HOLC
    Washington, DC 20534

FROM: MARVIN DAMON,aka (Claimant)
      Marvin Damon-Register Number: 33793-083
      Federal Correctional Institution-Hazelton
      P.O. BOX 5000
      Bruceton Mills, Wv 26525


      Type of employment: Civilian
      Date of Birth: May 14, 1965
      Marital Status: Divorce
      Date of Tort: January 14, 2014
      Date Tort Discovered: January 14, 2014

      ------------------------------------

This claim is hereby brought under the Federal Tort Claim Act,
(FTCA), Title 28 U.S.C §2671,et. seq.:

A. Basis of claim.

   Under the legal presumption that the Bureau of Prisons("BOP"),
Federal employee's, will follow their own policies and carry out
their duties and responsibilities on behalf of claimant, while
claimant is being  imprisoned at FCI-McDowell, a Federal Correct-
ional Institution located in Welch, West Virginia.


B. STATEMENT OF FACTS.

   Beginning in October of 2013,(and at-least  on three Thursday's),
during the month of October, the days, the Shelf-salad was being
served,  during dinner meals, in substitution of Phily-cheese steak
and ending sometimes thereafter; Claimant based upon his special
relationship with the FBOP and under FBOP'S own written policies,
put's FBOP on notice, that federal employee's Mr. John Bowling,
Food Service  Administrator(FSA), and his subordnates, who Mr.Bowling,

[ Attachment "A"]

Initial _M.D._

oversees, 1/ failed to place labels by-name on the four-inch pans, identifying by-mame and it's **ingredient's** in the **"Bacon & Tomato"** salad-dressing, after, being removed from their original container's and pouring into the four-inch-pans  and placing the pans on the self-service salad hot/cold bar, in the inmates dinning room; and they(FBOP),even failed to put a Asterisk[Star], on the National-Menu(beside the salad-dressing, to indicate that specific salad-dressing contains **'Pork'** and it's by products(ingredients). **2/**

Moreover, On December 4th, 2013, at approximately, after 5:00pm, during the dinner meal, while claimant was sitting down at the kitchen table, claimant overheard conversation/discussion by other unknown inmates, discussing the subject-matter that the redd-looking salad dressing that was served in **October 2013**, on the self-service hot/cold bar, in food service, had pork in it. However, Claimant being a practicing Muslim and a member of The Nation of Islam, immediately, sort to investigate what he had overheard.

On December 5th,2013, Claimant submitted, a "Inmate Request To Staff", using the inmate trulincs system (i.e., e-mail), in that e-mail, claimant inquired and posed the question to Mr. John Bowling(FSA), concerning that particular salad-dressing, that purported to have been served during  the month of October 2013; and claimant also, informed Mr.Bowling as to his reason for such an inquiry, informing  Mr. Bowling, as muslim he had consumed that particular salad-dressing; and  he claimant , was forbidden  to eat pork and it's by-products. Consequently, Mr. Bowling, had failed to respond to claimant request to staff, within the Twenty-one(21)-days that are allotted to staff's, for a response. (See True Copy of e-mail/"Inmate Request To Staff", dated, 12/5/2013, attached, hereto,EXHIBIT "1".

---

1/ See,**FOOD SERVICE MANUAL-PROGRAM STATEMENT**: OPI: HSD/FDS Number: P4700.06,Date: September 13, 2011, which states: "At the institution level,the food service Department is under the direct supervision of the food service administrator(FSA)", CHAPTER, One Paragraph Four, Page 10); and  **a. FOOD SERVICE ADMINISTRATOR(FSA).**  Institution food service operation will  be supervised by a food service administrator experienced in food service function in the institution;ensures compliance with bureau policies relating to food service; and performs duties in the standardized position description for food service administrator.(P4700.06,Page 10);  "The FSA will...ensures staff are aware of the policies and procedures required to perform their assigned duties". (P4700.06,n.12,Page 14);

2/ "Working containers holding food or food **ingredients**  that are removed from their original package will be identified with the common name of the food". (P4700.06,Page38, n.4).

Initial *m.D.*

Moreover, On January 7, 2014, through, the administrative remedy process, claimant , in his effort to get Mr. Bowling(FSA) to respond, diligently sort to have his concerns address, by initiating a request for administrative remedy(BP-8), through the administrative remedy program MCD-1330.16.  Again, the filing of the (BP-8), was necessary in order to get Mr. Bowling to respond and address claimant concern's; and thus, to protect any legal recourse in which claimant may be entitle too . However, On January 14, 2014,-in response, to claimant (BP-8), Mr. Bowling  through e-mail, sent, counselor K. Stock's  an e-mail, in-response, to claimant (BP-8), stating: "This inmate failed to meet  the time requirement for filing a complaint with the adminis-trative remedy process. This alleged incident took place in **October**" . (See, True Copy of e-mail/BP-8 response from Mr. Bowling to counselor, K. Stock's. EXHIBIT "2".

Furthermore, throughout, Claimant administrative remedy process, claimant informed Mr. Bowling and the (FBOP), that he nor the 'inmate General Population (IGP) was never informed nor given notice of the **October 2013 incident;** and it was only through Mr. Bowling e-mail to claimant (BP-8), claimant learned for the first time of the October incident.

On January 28, 2014, claimant then submitted, his (BP-9), appealing Mr.Bowling response, claimant, claiming that the (FBOP) employee's failed to informed him  and/or give him 'notice'of the October 2013, incident, when it occurred, as required by 28 CFR 542.12 n.2. and  the United States Supreme Court's  decision, in Wolff v. McDonnell, 418, U.S. 539(1974).  However, On February 3, 2014, without  the (FBOP) administrative remedy coordinator for FCI-McDowell, failed to forward claimant (BP-9) appeal to Warden, Bart Masters, for a response, the coordinator erroneously, rejected claimant (BP-9), adopting Mr.Bowling, (BP-8), response,stating:

> REJECT REASON 1: Yôur request is untimely. Institution and ccc request(BP-9) must be received W/20 Days of the events complained about.

> REJECT REASON 2: See Remarks.
> : You  have 20 Days from date of incident to file your request and the incident you are referencing was in  **October.**

(See True Copy of'rejection notice', dated, 2/3/2014,Remedy I.D#766711-F1, attached hereto) EXHIBIT "3".

-3-

Initial *m.Ø*.

On February 12, 2014, claimant then initiated his (BP-10), appeal to the Regional Director, for the Mid-Atlantic, appealing the 'rejection notice' and the coordinator erroneously rejection of claimant administrative remedy.  In that appeal, claimant claim that FCI-McDowell administrative remedy coordinator, improperly rejected his (BP-9), and the failure of the coordinator to forward  claimant (BP-9), to the warden for a response.  Nevertheless, the regional director, administrative remedy coordinator  also, erroneously, 'rejected,claimant (BP-10) appeal, stating  it's reason:

> REJECT REASON 1:  You did not provide a copy of...
> The (BP-9) response from the Warden.

(See, True Copy of, 'rejection notice', dated, 2/19/14; Remedy I.D., #766711-R1; attached hereto), <u>EXHIBIT</u> "4".

Notwithstanding, that the evidence and event's in claimant administrative remedy process, shows, that the administrative remedy coordinator for FCI-McDowell, received claimant (BP-9), then deliberately and erroneously rejected claimant (BP-9), appeal, thereby, intentionally, preventing the Warden Bart Masters, from reviewing claimant (BP-9), and providing a response.

Moreover, in claimant effort to show in his (BP-11) appeal, that (FBOP), each agencies,erroneously, rejected, his administrative remedies.  On February 28, 2014, claimant submitted his (BP-11), appeal, through Central office and explained to Central office in his appeal, that Mr. Bowling(FSA) and/or his (FBOP) employee's never informed him nor the Inmate General Population of the **October incident**; nor gave claimant nor the(IGP) notice of the incident.

However, instead, of Central office, addressing claimant appeal; On April 9, 2014, the administrative remedy coordinator for Central office, also, erroneously, rejected claimant (BP-11), appeal, adopting the same rejection notices as all previous (FBOP) agencies has done, by stating:

> REJECT REASON 1:  You submitted your request or appeal
>                   to the wrong level. You should have
>                   filed at the institution...
>
> REJECT REASON 2:  You must first file a BP-9 request
>                   through the institution for the Wardens
>                   review and response before filing an
>                   appeal at this level.

(See True Copy of 'rejection notice', dated, 4/9/2014, remedy I.D., #766711-A1, attached hereto) <u>EXHIBIT</u> "5".

-4-

Initial _M.W._

Finally, while claimant(BP-11), appeal was pending, before, Central office, claimant received the proof and discovered then through, the Freedom of Information Privacy Act, Request No.2014, 05268), a letter-response, as-respect to claimant request, dated March 24th, 2014, enclosing to claimant, copies of the Federal Bureau of Prisons' records; Specifically, copies of the label's from the Saladdressing that was being served at-FCI-MCDowell,food service, during the month of **October of 2013**,(See, True Copy of letter-response,to the freedom of information act request, dated, 3/24/2014, attached hereto), EXHIBIT "6"; and also, see, (True Copy of label-pertaining to the"**Bacon & Tomato**", Saladdressing identify-ing by-name and the 'Pork' and it's by-product's (ingredients)[i.e., **"Bacon Fat & "Bacon..."**]EXHIBIT "7".

In addition, See,(True Copy of the Freedom of Information Privacy Act-letter-response,dated, May 9, 2014-in reference to FOIA/PA request No. 2014-06152, releasing to claimant the Federal Bureau of Prisons records Specifically, a printout, showing the year,month,date,and time, claimant identification card was scanned at FCI-McDowell, at mainline, during the month of October 2013. EXHIBIT "8"; and see,(True Copies (2-pages), of --"Inmate Detail Report"for 10/01/2013 thru 10/31/2013).EXHIBIT "9. Thus, these report's placed claimant in FCI-McDowell dinning room, during the month of October 2013, in which the 'Bacon & Tomato', Salad dressing was being served.

*The April 9, 2014, rejection notice,by the (FBOP'S), Central office, constitute a final agency action.
Under 28 CFR 542.12 n.2; 18 U.S.C. 4042; Program Statement P4700.06, Paragraph Four, Page 10,CHAPTER 1, n.2a;CHAPTER 7, n.1-2(Page 32); CHAPTER 8, n.4 (Page 37); administrative remedy program MCD 1330.16; Wolff v. McDonnell,Supra; and based upon a special relation with the United States FBOP'S employee's has breached it's legal duties and responsibilities and care that FBOP'S owe's to claimant, to ensure that his right's are protected by (FBOP'S) policies and the law.

C.   Personal Injury.
The Nature and extent of claimant injury,which forms the basis of his claim is being that (FBOP'S) employee's acted **Negligently**, under the color of law and through FBOP'S **Negligence** and **Negligent** omissions; Specifically, claimants' personal'injury' is the result of the FBOP'S food service Department employee's, who acted negligence, by failing to follow their own policies, when they failed to place labels, by-name on the four-inch, pans, in food service, during mainline, identifying by-name; and the 'Pork' and it's by-product's ingredients in the, **'Bacon & Tomato'**, Saladdressing, after being removed from their orig-inal containers and pouring into the four-inch pans and then placing them on the Salad hot/cold bar; including the National menu, thus, this consequence of FBOP negligence, caused claimant to consumed the uniden-tified saladdressing, thereby, their actions, caused claimant to violate his Religious Beliefs and Practices, in which, claimant religious forbid him from eating pork and it's by product.  Therefore, under, the (FTCA) renders the   United States  liable for the negligent acts of,

Initial *M.J.*

it's employee's committed "While acting within the scope of [their] employment,under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred. 28 U.S.C §1346(b)(1). Claimants' injury occurred, began and remain's in the State of West Virginia. For claims of negligence the laws of West Virginia create a private right of action.

D.  **Amount of Claim:**

The claimant request the sum of $1,000,000(One-Million) in compensation Damages and Personal injuries and additional $500.000 in punitive Damages.


Signature of Claimant:

Marvin Damon-Register NO. 33793-083     Date of claim: _July 22, 2014_


E.    **VERIFICATION.**

I, the undersigned, Certify,Verify and declare under the penalties of perjury, that the foregoing, "NOTICE OF CLAIM UNDER FEDERAL TORT CLAIM ACT,TITLE 28 U.S.C. §2671,et.seq", is true and correct, Pursuant to Title 28 U.S.C §1746; and 18 U.S.C §1621. **\*/**

Executed: On this 22 day of July 2014.

/s/ _____
                 Marvin Damon
                 **Affiant.**


_____

**\*/** Kohlberg v. Lehlack, 160 U.S. 432(1895)("Facts duly alleged are deemed true unless,denied or controverted by evidence or counter-Affidavit")

Initial M.O.

TRULINCS  33793083 - DAMON, MARVIN - Unit: MCD-A-A

---------------------------------------------------------------------------

FROM: 33793083
TO: Food Service
SUBJECT: ***Request to Staff*** DAMON, MARVIN, Reg# 33793083, MCD-A-A
DATE: 12/05/2013 12:15:04 PM

To: FOOD SERVICE ADMINISTRATOR
Inmate Work Assignment: am/compound

RE: Salad-dressing that were served,not being identified as containing pork or it's by-product(ingredients),afeter
      being removed from it's original package.
Dear Mr. Bowing/(FSA)                                                                                            It's
has come to my attention that the red-looking salad-dressing  that were being served on the (SELF-SERVING) line,saled-bar
s; sometime during the month of October, as well on other  previous occaisions-contained pork or it's by-product?

The Four-incl pans(s), that contained the salad dressing or saladbar were never indentied, by name,(as having pork
ingredients ) after it  (salad dressing) were removed from  it's original package or content(s).

However, I'm Muslim and my religious preference is the NATION OF ISLAM; and I'm forbidden to eat pork or it's by-products.

Moreover, because of the Food Service failed to identified that particular salad dressing (by name) with a NOTATION that
the "salad dressing contains pork ingredients", as a result, without the notice, it caused me to consumed the salad dressing
in-question.

            I'll await your prompt response!

                                                            Respectfully submitted,
                                                            /s/

[  EXHIBIT  "1".  ]

## Karl Stock - Re: Inmate: Marvin, Damon #33793-083

| | |
|---|---|
| **From:** | John Bowling |
| **To:** | Karl Stock |
| **Date:** | 1/14/2014 9:33 AM |
| **Subject:** | Re: Inmate: Marvin, Damon #33793-083 |
| **CC:** | John Bowling |

Mr Stock,
This inmate failed to meet the time requirements for filing a complaint within the administrative remedy process.  This alleged incident took place in October.


**John Bowling, Food Svc Admin.**
**FCI McDowell**
**101 Federal Way**
**PO Box 1029**
**Welch, WV 24801**
**(304)-436-7390**
**Fax: (304)-436-7399**
**A Great Attitude Is A Powerful Tool That Fuels Teamwork.**
The info in this e-mail is privileged and sensitive but unclassified information, intended only for the use of the individual or entity named above.  If the reader of this e-mail is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, YOU ARE HEREBY ON NOTICE that you are in possession of sensitive information; any disclosure, copying, distribution, or taking of any action in reliance of the contents of this e-mail information is prohibited.
>>> Karl Stock 1/9/2014 2:23 PM >>>
Could ya give me an answer. Thanks


K. Stock
Counselor
FCI McDowell
P.O. Box 1029
Welch, WV  24801
304-436-7300 EX: 7504
kstock@bop.gov

[  <u>EXHIBIT</u>  "2"  ]

REJECTION NOTICE -  ADMINISTRATIVE REMEDY

DATE: FEBRUARY 3, 2014

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MCDOWELL FCI

TO  : MARVIN DAMON, 33793-083
      MCDOWELL FCI    UNT: UNIT A1    QTR: A02-230L
      P.O. BOX 1029
      WELCH,  WV 24801


FOR THE REASONS LISTED BELOW, THIS  ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 766711-F1        ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : FEBRUARY 3, 2014
SUBJECT 1      : FOOD - (EXCEPT DIETS & RLGS FOOD/MEALS)
SUBJECT 2      :
INCIDENT RPT NO:


[ EXHIBIT "3". ]

2/3/2014

REJECT REASON 1:  YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                  (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                  ABOUT.

REJECT REASON 2:  SEE REMARKS.

REMARKS       :  YOU HAVE 20 DAYS FROM DATE OF INCIDENT TO FILE YOUR
                 REQUEST AND THE INCIDENT YOU ARE REFERENCING WAS IN
                 OCTOBER.

2/3/2014

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY


DATE: FEBRUARY 19, 2014




FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : MARVIN DAMON, 33793-083
      MCDOWELL FCI     UNT: UNIT A1    QTR: A02-230L
      P.O. BOX 1029
      WELCH,  WV 24801



FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 766711-R1      REGIONAL APPEAL
DATE RECEIVED  : FEBRUARY 18, 2014
SUBJECT 1      : FOOD - (EXCEPT DIETS & RLGS FOOD/MEALS)
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.
```

[ EXHIBIT  "4". ]

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 9, 2014

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MARVIN DAMON, 33793-083
      MCDOWELL FCI    UNT: UNIT A1    QTR: A02-230L
      P.O. BOX 1029
      WELCH,  WV 24801


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID     : 766711-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED : MARCH 11, 2014
SUBJECT 1     : FOOD - (EXCEPT DIETS & RLGS FOOD/MEALS)
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,  REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.



[ <u>EXHIBIT</u> "5" .]



**U.S. Department of Justice**

Federal Bureau of Prisons

*Beckley Consolidated Legal Center*

---

*1600 Industrial Park Road, P.O. Box 1280*
*Beaver, West Virginia 25813*

March 24, 2014

Marvin Damon
Reg. No. 33793-083
FCI McDowell
P.O. Box 1009
Welch, WV   24801

Re:     FOI/PA Request No. 2014-05268

Dear Mr. Damon:

This is in response to your request for copies of Federal Bureau of Prisons' records. Specifically, you requested a copy of labels from salad dressing served at FCI McDowell during the month of October 2013 and the label from the salad dressing that was discontinued, name and title of who discontinued the salad dressing and reason.

We have located 3 pages responsive to your request.   These records are being released in their entirety.   We have not edited any portion of these documents.   There are no documents responsive to the reasoning behind the discontinued salad dressing as everything was verbal.

Sincerely,

Debbie Stevens
Supervisory Attorney

for:

Matthew W. Mellady
Regional Counsel

[ EXHIBIT "6". ]



**HENRI'S**

*Bacon & Tomato*

**HOMESTYLE DRESSING** with **OTHER NATURAL FLAVORS**

**1 GAL (3.8 L)**

(Serving Suggestion)

## Nutrition Facts

Serving Size 2 Tbsp (30mL)

Servings per Container 128

**Amount Per Serving**

Calories 130   Calories from Fat 90

| | % Daily Value* |
|---|---|
| **Total Fat** 10g | **15%** |
| Saturated Fat 1.5g | **7%** |
| Trans Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 300mg | **12%** |
| **Total Carbohydrate** 10g | **3%** |
| Dietary Fiber <1g | **1%** |
| Sugars 9g | |
| **Protein** <1g | |

| Vitamin A 4% | • | Vitamin C 2% |
|---|---|---|
| Calcium 0% | • | Iron 2% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

INGREDIENTS: SOYBEAN OIL, HIGH FRUCTOSE CORN SYRUP, WATER, SUGAR, CORN SYRUP, VINEGAR, TOMATO PASTE, SALT, IMITATION BACON BITS (SOY FLOUR, SOYBEAN OIL, SALT, CARAMEL COLOR, NATURAL FLAVOR, HYDROLYZED CORN, SOY, WHEAT PROTEIN, RED 3), SPICES, PAPRIKA (COLOR), XANTHAN GUM, PROPYLENE GLYCOL ALGINATE, GARLIC POWDER, BACON FAT, BACON, NATURAL FLAVOR, CALCIUM DISODIUM EDTA (PRESERVATIVE), TAMARIND, RED 40, YELLOW 6, BLUE 1.

DISTRIBUTED BY
ACH FOOD COMPANIES, INC.
MEMPHIS, TN 38016 USA

HENRI'S is a registered trademark of
ACH Food Companies, Inc.
-900418



0  70963 95150  3

**SHAKE WELL BEFORE USING.
REFRIGERATE AFTER OPENING.**

[ EXHIBIT "7". ]



**U.S. Department of Justice**

Federal Bureau of Prisons

*Beckley Consolidated Legal Center*

_____

*1600 Industrial Park Road, P.O. Box 1280*
*Beaver, West Virginia 25813*

May 9, 2014

Marvin Damon
Reg. No. 40293-051
FCI McDowell
P.O. Box 1009
Welch, WV   24801

Re:     FOI/PA Request No. 2014-06152

Dear Mr. Damon:

This is in response to your request for copies of Federal Bureau of Prisons' records.
Specifically, you requested a copy of a printout showing the year, month, date, and time your
Identification card was scanned at mainline during the month of October 2013.

We have located 2 pages responsive to your request.   These records are being released in their
entirety.   We have not edited any portions of these documents.

Sincerely,

Debbie Stevens
Supervisory Attorney

for:

Matthew W. Mellady
Regional Counsel

[ EXHIBIT   "8". ]

# FCI McDowell

**Inmate Detail Report for 10/01/2013 thru 10/31/2013**

Name: MARVIN DAMON                                    Number: 33793083

| Meal Type | Date | Time | Doubleback |
|---|---|---|---|
| Dinner | 10/11/2013 | 17:05 | NO |
| Breakfast | 10/1/2013 | 07:01 | NO |
| Lunch | 10/9/2013 | 11:00 | NO |
| Breakfast | 10/10/2013 | 06:33 | NO |
| Lunch | 10/10/2013 | 11:14 | NO |
| Dinner | 10/10/2013 | 17:09 | NO |
| Dinner | 10/8/2013 | 17:40 | NO |
| Lunch | 10/11/2013 | 10:58 | NO |
| Lunch | 10/8/2013 | 10:49 | NO |
| Breakfast | 10/12/2013 | 06:41 | NO |
| Lunch | 10/13/2013 | 11:20 | NO |
| Lunch | 10/14/2013 | 11:35 | NO |
| Breakfast | 10/15/2013 | 06:55 | NO |
| Lunch | 10/15/2013 | 11:01 | NO |
| Dinner | 10/15/2013 | 17:16 | NO |
| Breakfast | 10/11/2013 | 06:43 | NO |
| Breakfast | 10/4/2013 | 07:00 | NO |
| Lunch | 10/1/2013 | 12:50 | NO |
| Breakfast | 10/2/2013 | 07:25 | NO |
| Lunch | 10/2/2013 | 12:04 | NO |
| Dinner | 10/2/2013 | 18:00 | NO |
| Breakfast | 10/3/2013 | 07:31 | NO |
| Breakfast | 10/9/2013 | 06:40 | NO |
| Dinner | 10/3/2013 | 18:23 | NO |
| Dinner | 10/16/2013 | 17:28 | NO |
| Lunch | 10/4/2013 | 11:48 | NO |
| Breakfast | 10/5/2013 | 06:54 | NO |
| Lunch | 10/5/2013 | 12:09 | NO |
| Dinner | 10/5/2013 | 17:34 | NO |
| Lunch | 10/7/2013 | 10:51 | NO |
| Breakfast | 10/8/2013 | 06:29 | NO |
| Lunch | 10/3/2013 | 11:34 | NO |
| Breakfast | 10/28/2013 | 06:40 | NO |
| Lunch | 10/25/2013 | 11:05 | NO |

Report Date : 5/7/2014

[ EXHIBIT  "9".  ]

# FCI McDowell

### Inmate Detail Report for 10/01/2013 thru 10/31/2013

Name: MARVIN DAMON                                    Number: 33793083

| Meal Type | Date | Time | Doubleback |
|-----------|------|------|------------|
| Dinner | 10/25/2013 | 17:07 | NO |
| Breakfast | 10/26/2013 | 06:38 | NO |
| Lunch | 10/26/2013 | 11:50 | NO |
| Dinner | 10/26/2013 | 17:14 | NO |
| Breakfast | 10/16/2013 | 06:40 | NO |
| Dinner | 10/27/2013 | 17:12 | NO |
| Breakfast | 10/24/2013 | 06:43 | NO |
| Lunch | 10/28/2013 | 11:21 | NO |
| Breakfast | 10/29/2013 | 06:36 | NO |
| Lunch | 10/29/2013 | 10:59 | NO |
| Breakfast | 10/30/2013 | 06:40 | NO |
| Lunch | 10/30/2013 | 11:13 | NO |
| Lunch | 10/31/2013 | 11:09 | NO |
| Lunch | 10/27/2013 | 11:16 | NO |
| Breakfast | 10/21/2013 | 06:39 | NO |
| Dinner | 10/31/2013 | 17:16 | NO |
| Breakfast | 10/17/2013 | 06:38 | NO |
| Lunch | 10/17/2013 | 11:03 | NO |
| Breakfast | 10/18/2013 | 06:36 | NO |
| Lunch | 10/19/2013 | 11:32 | NO |
| Dinner | 10/19/2013 | 17:11 | NO |
| Breakfast | 10/25/2013 | 06:34 | NO |
| Lunch | 10/20/2013 | 11:14 | NO |
| Lunch | 10/24/2013 | 11:04 | NO |
| Breakfast | 10/22/2013 | 06:39 | NO |
| Lunch | 10/22/2013 | 10:59 | NO |
| Breakfast | 10/23/2013 | 06:36 | NO |
| Lunch | 10/23/2013 | 11:05 | NO |
| Dinner | 10/23/2013 | 17:21 | NO |
| Lunch | 10/16/2013 | 11:15 | NO |
| Breakfast | 10/20/2013 | 06:37 | NO |

Report Date : 5/7/2014



**U.S. Department of Justice**

DAMON
MARVIN
DOB: 05-14-1965   Eye: BN   Ht: 5'06"

INMATE

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.61 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.61 |

Postmark Here

7011 1570 0003 4354 1990

Sent To  FBP (Ms. Joyce Zoldak (HGC.)
Street, Apt. No.; or PO Box No.  320 First Street, N.W. RM 977
City, State, ZIP+4  Washington D.C. 20534

PS Form 3800, August 2006    See Reverse for Instructions

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: <br><br> Federal Bureau of Prisons <br> Ms. Joyce Zoldak, <br> Associate General Counsel <br> 320 First Street, N.W <br> Room # 977 HOLC <br> Washington, D.C. 20534 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br><br> 3. Service Type <br> ☑ Certified Mail®  ☐ Priority Mail Express™ <br> ☐ Registered  ☑ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ Collect on Delivery <br> 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 1570 0003 4354 1990 |

PS Form 3811, July 2013         Domestic Return Receipt

[ Attachment "B" ]

TRULINCS  33793083 - DAMON, MARVIN - Unit: HAF-L-A

--------------------------------------------------------------------------------

FROM: FCI R&D Open House
TO: 33793083
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/12/2014 06:37:02 AM

Your letter was delivered July 28, 2014 at 7:12 AM

>>> ~^!"DAMON, ~^!MARVIN" <33793083@inmatemessage.com> 7/31/2014 8:22 AM >>>
To: mail room
Inmate Work Assignment: L1 orderly

Re: CERTIFIED MAIL NO. 7011 1570 0003 4354 1990

Dear Sir or/madam:

on July 23", 2014, i some certified legal mail/returned receipt requested, Mailed to the following
address:

        TO: Federal Bureau of Prisons
         Ms. Joyce Zoldak, Associate General Counsel
         320 First Street, N.W., Room #977 HOLC
         Washington, D.C. 20534

*However, on  July 30,th, i received my green card back and the green card was not signed by
any agent/addressee. therefore, i'm requesting that the mail room either contact the above address
and/or go on-line at www.usps.com   to see what day, and by whom my legal mail was delivered by.

(NOTE: HERE IS THE CERTIFIED MAIL NO: 7011 1570 0003 4354 1990

                                        Thank you!

[ Attachment "C" ]

USPS.com® - USPS Tracking™

English    Customer Service    USPS Mobile    Register / Sign In

**USPS.COM**

Search USPS.com or Track Packages    Subr

Quick Tools        Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

## USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 70111570000343541990

Expected Delivery Day: **Friday, July 25, 2014**

## Product & Tracking Information

Postal Product:          Features:
First-Class Mail®        Certified Mail™        Return Receipt

### Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 28, 2014 , 7:12 am | Delivered | WASHINGTON, DC 20534 |

Your item was delivered at 7:12 am on July 28, 2014 in WASHINGTON, DC 20534.

| | | |
|---|---|---|
| July 27, 2014 , 12:26 pm | Available for Pickup | WASHINGTON, DC 20534 |
| July 27, 2014 , 10:27 am | Arrived at Hub | WASHINGTON, DC 20018 |
| July 24, 2014 , 6:49 am | Departed USPS Facility | PITTSBURGH, PA 15290 |
| July 23, 2014 , 10:29 pm | Arrived at USPS Facility | PITTSBURGH, PA 15290 |
| July 23, 2014 , 4:17 pm | Departed Post Office | BRUCETON MILLS, WV 26525 |
| July 23, 2014 , 12:23 pm | Acceptance | BRUCETON MILLS, WV 26525 |

## Track Another Package

What's your tracking (or receipt) number?

Track It

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

**USPS.COM**    Copyright© 2014 USPS. All Rights Reserved.

[ Attachment "D" ]



**UNITED STATES GOVERNMENT**
**Federal Bureau of Prisons**
*Beckley Consolidated Legal Center*
*P.O. Box 1280*
*Beaver, WV   25813*

August 26, 2014

Marvin Damon
Reg. No. 33793-083
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV   26525

Re: Administrative Claim Number TRT-MXR-2014-05873

Dear Mr. Damon:

This will acknowledge receipt on July 31, 2014, of your administrative claim for personal injury at FCI McDowell beginning in October 2013.   You claim a sum certain of $1,500,000.00.

Under the provisions of the Federal Tort Claims Act, 28 U.S.C. § 2675, we have six months from the date of receipt of your claims in this office, to review, consider, and adjudicate your claims. This acceptance should not be construed as a waiver of any statute of limitation claims which the government may be entitled.

Should your claims include an allegation of loss of or damage to personal property, pursuant to 28 C.F.R., § 14.4(c), you are required to include with your claim an itemized list of the property lost or damaged.   If possible, for each item, please state its value, date and place of purchase.   If the property was purchased in a Federal institution, submit the commissary receipt.   If the property was not purchased in a Federal institution, submit a copy of the receipt of purchase.   If you do not have a receipt please state as such, and list the place purchased, for example: name of store, address, state, date and cost for each item alleged lost or damaged.   Failure to respond within 30 days of this letter will delay the investigation of your claim.   ***If you have already included the above information and receipts, please do not re-submit.***

All correspondence regarding this claim should be addressed to: Beckley Consolidated Legal Center, P.O. Box 1280, Beaver, WV 25813.   When corresponding with this office regarding this tort claim please refer to the above tort claim number.   If you have any questions about the status of your claim or if the circumstances surrounding this claim change in any fashion, contact this office immediately.   **Also, should your address change, please advise accordingly.**

Sincerely,

Debbie Stevens
Supervisory Attorney

[ Attachment "E" ]



**U.S. Department of Justice**

Federal Bureau of Prisons

*Beckley Consolidated Legal Center*

---

*1600 Industrial Park Road, P.O. Box 1280*
*Beaver, West Virginia 25813*

September 5, 2014

Marvin Damon
Register No. 33793-083
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV   26525

Re: Your Tort Claim No. TRT-MXR-2014-05873

Dear Mr. Damon:

Your claim has been considered for administrative settlement under the Federal Tort Claims Act,
28 U.S.C. § 2671, *et. seq.*, and authority granted under 28 C.F.R. § 0.172.   You claim
government liability in the amount of $1,500,000.00 for an injury that occurred in October 2013
at FCI McDowell.   Specifically, you allege that staff were negligent in their duties by failing to
label the salad dressing causing you to eat a pork based product which is forbidden by your
religious preference.

Investigation revealed that there is no policy requirement that the food served in the dining hall
be labeled.   Based on the above, your claim is denied.   This is a final denial of your claim.   If
you are not satisfied with this determination, you have six months from the date of this letter to
bring suit in an appropriate United States District Court, should you wish to do so.

Sincerely,

Matthew W. Mellady
Regional Counsel
Mid-Atlantic Regional Office

[ Attachment "F" ]



FCI Beckley Consolidated Legal Center
P.O. Box 1280
Beaver, West Virginia 25813

Official Business

7007 2680 0001 7446 7346

CERTIFIED MAIL

Marvin Damon
Register No. 33793-083
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

RECEIVED
SEP 11 2014

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

$ 03.780
0004206806   SEP08 2014
MAILED FROM ZIP CODE 25813

[ Attachment "G" ]